UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEBRIE CROSS,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.

Case No.  26-cv-10207

Honorable Robert J. White

## ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE
## FOR FAILURE TO CORRECT THE FILING DEFICIENCY

Michigan prisoner Jebrie Cross is currently incarcerated at the Macomb Correctional Facility in Lenox, Michigan. On January 21, 2026, he filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983.  (ECF No. 1, PageID.1.)

On January 29, 2026, Chief Magistrate Judge David R. Grand signed an order of deficiency in this case. (ECF No. 3.) The order was issued because Cross failed to file an application to proceed *in forma pauperis* or pay the filing and administrative fee of $405.00. (*Id*.) The order directed Cross to provide an application to proceed without prepayment of fees and costs (i.e., *in forma pauperis*) that includes: (1) authorization to withdraw from the Plaintiff's trust fund account,

(2) certification of Plaintiff's trust account from an authorized prison official, and (3) a computerized account transaction history for the preceding six months or pay the fee. (*Id.*) Cross was to comply with this order within thirty days. (*Id.*) To date, he has not. If the prisoner fails to comply with the Court's directions, "[t]he district court must presume that the prisoner is not a pauper and assess the inmate the full amount of fees." *Id.* The Court must then dismiss the case for want of prosecution. *Id.*

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the complaint under 28 U.S.C. §§ 1915(a)(1), (b)(1), and (2) for failure to comply with the filing requirements of the Prison Litigation Reform Act. Cross may file a new civil rights complaint under a new case number as long as he pays the filing and administrative fees or provides the documentation described in this opinion, which is necessary if Cross wishes to proceed without prepayment of fees.

This is a final order that closes this case.

**IT IS SO ORDERED.**

s/Robert J. White_____
Robert J. White
United States District Judge

Dated:  April 17, 2026

2